**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| KENDEL VANCE JENSEN and AMBER JENSEN,<br><br>          Plaintiffs - Appellants,<br><br>     v.<br><br>KELLEY DOUGLAS; et al.,<br><br>          Defendants - Appellees. | No. 09-16121<br><br>D.C. No. 3:07-cv-08119-SMM<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
Stephen M. McNamee, District Judge, Presiding

Submitted August 10, 2010[**]

Before:     HAWKINS, McKEOWN, and IKUTA, Circuit Judges.

Kendel Vance and Amber Jensen appeal pro se from the district court's

judgment dismissing their 42 U.S.C. § 1983 action alleging injuries arising

from child dependency proceedings. We have jurisdiction under 28 U.S.C. § 1291.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2). Accordingly, the Jensens' request for oral argument is denied.

We review de novo. *Peterson v. California*, 604 F.3d 1166, 1169 (9th Cir. 2010).

We affirm.

The district court properly dismissed the action against defendant Harris, a private attorney appointed by the court to represent Amber Jensen in the child dependency proceedings, because he did not act under color of state law. *See Polk County v. Dodson*, 454 U.S. 312, 318 n.7 (1981) (noting that a private attorney, even one appointed by the court, does not act under the color of state law for purposes of 42 U.S.C. § 1983 when performing the traditional role of an attorney).

The Jensens' remaining contentions are unpersuasive.

**AFFIRMED.**